JPML FORM 1A              DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 347 -- IN RE COMMONWEALTH OIL/TESORO PETROLEUM SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 5/3/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SVC. -- Defendants Tesoro Petroleum Corp., West, Reed, Roberts, Smith, Phelps, Bloyd, Fullem, and Rote. XXX) w/exhibits A,B,C,D & E   (ea) |
| | | Suggested Transferee District: Western District of Texas |
| | | Suggested Transferee Judge: |
| 5/5/78 | | ###########################  ADDITION TO CERT. OF SERVICE.(ea) |
| 5/9/78 | | REQUEST FOR EXTENSION --Counsel for Joseph Seymour -- Granted to May 25, 1978   (rew) |
| 5/11/78 | 2 | RESPONSE -- David Jaroslawicz w/cert. of svc. (ea) |
| 5/15/78 | | APPEARANCES -- Steven B. Rosenfeld, Esq. for Tesoro Petroleum Corp., Robert V. West, Jr., Robert G. Reed, Charles R. Roberts, James F. Smith, James C. Phelps, Dean M. Bloyd, L. Robert Fullem, and John Rote |
| | | Vaughn C. Williams, Esq. for Gary W. Davis |
| | | George Weisz, Esq. for Deloitte, Haskins & Sells |
| | | Thomas F. Curnin, Esq. for E. F. Hutton & Co., Inc. |
| | | Leo T. Kissan, Esq. for Norman C. Keith |
| | | Robert A. Meister, Esq. for Commonwealth Oil Refining Co., Inc. |
| | | Roger L. Waldman, Esq. for Peter M. Detwiler |
| | | Shearman & Sterling for George F. Bennett and William A. Lockwood |
| | | Sullivan & Cromwell for Sol L. Descartes and J. Howard Laeri |
| | | John Skogland, Esq. for David Jaroslawicz |
| | | Manning & Carey for Morton S. Bouchard, J. George Betz, Marion Bouchard, Bouchard Transportation Co., Inc., Leo F. Dusard |
| | | Stull, Stull & Brody for Harry Lewis |
| | | Daniel W. Krasner, Esq. for Seymour Joseph   (ea) |
| 5/16/78 | | APPEARANCES -- Richard deY. Manning, Esq. for Morton S. Bouchard, J. George Betz, Marion Bouchard, Bouchard Transportation Co., Inc., Leo F. Dusard. |
| | | George J. Wade, Esq. for William A. Lockwood and George Bennett.   (ea) |
| 5/18/78 | 3 | RESPONSE -- Defendant Norman C. Keith #### w/cert of service (emh) |
| 5/19/78 | 4 | RESPONSE/BRIEF -- Defendant E. F. Hutton & Company, Inc., w/cert.serv.(cs |
| 5/19/78 | | APPEARANCE -- Jules Brody, Esq. for plaintiff Harry Lewis.   (ea) |
| 5/19/78 | 5 | RESPONSE -- Bouchard plaintiffs w/cert. of svc. (ea) |
| 5/19/78 | 6 | RESPONSE -- Harry Lewis w/cert. of svc. (ea) |
| 5/22/78 | 7 | RESPONSE -- Defendant ############ Deloitte Haskins & Sells w/cert. of svc. (ea) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 2

DOCKET NO. 347   -- IN RE COMMONWEALTH OIL/TESORO PETROLEUM SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 5/23/78 | | REQUEST FOR EXTENSION OF TIME -- Tesoro Petroleum Corp., et al. GRANTED to and including June 2, 1978. (ea) |
| 5/23/78 | | Letter of correction for Response #5 -- Bouchard plaintiffs. (ea) |
| 5/24/78 | 8 | RESPONSE -- Defendant Peter M. Detwiler w/cert. of svc. (ea) |
| 5/26/78 | 9 | BRIEF IN OPPOSITION TO MOTION TO TRANSFER -- Plaintiff Seymour Joseph w/cert. of svc. (ea) |
| 6/2/78 | 10 | REPLY BRIEF -- Defendants Tesoro Petroleum Corp., et al. w/cert. of svc. (ea) |
| 6/12/78 | 11 | PLAINTIFF SEYMOUR JOSEPH'S BRIEF IN FURTHER OPPOSITION TO THE MOTION FOR AN ORDER COORDINATING OR CONSOLIDATING PRETRIAL PROCEEDINGS IN THE WESTERN DISTRICT OF TEXAS -- SEYMOUR JOSEPH -- (rew) |
| 6/29/78 | | HEARING ORDER -- Setting A-1 through A-4 for hearing in Los Angeles, Ca., on July 28, 1978 (cds) |
| 7/14/78 | | Notification of decision of the Supreme Court in Austin v. Keith -- defendants Tesoro Petroleum Corp., et al. (ea) |
| 7/24/78 | | HEARING APPEARANCE FOR JULY 28, 1978 HEARING  STEVEN B. ROSENFELD, ESQ. for Tesoro Petroleum Corp., Robert V. West, Jr., Charles R. Roberts, James F. Smith, James C. Phelps, Dean M. Bloyd, L. Robert Fullem and John Rote  JOEL H. BLUMKIN, ESQUIRE for Norman C. Keith  ROGER L. WALDMAN, ESQ. for Peter M. Detweiler  DONALD L. WEINBERG, ESQ. for David Jaroslawicz  RICHARD deY. MANNING, ESQ. for Morton S. Bouchard  JULES BRODY, ESQ. for Harry Lewis  CHARLES A. GILMAN, ESQ. for E. F. Hutton & Co.  DANIEL W. KRASNER, ESQ. for Seymour Joseph |
| 7/24/78 | | WAIVER OF ORAL ARGUMENT FOR JULY 28, 1978 HEARING  GEORGE WEISZ, ESQ. Waiving for Haskin & Sells  GEORGE J. WADE, ESQ Waiving for Lockwood and Bennett |
| 9/20/78 | | OPINION AND ORDER -- transferring A-2 thru A-4 to the Western District of Texas under Section 1407 for assignment to the Honorable Patrick E. Higginbotham (sitting in that district by designation) (emh) |
| 9/20/78 | | CONSENT OF TRANSFEREE COURT -- Assigning Judge Higginbotham to handle litigation for coordinate or consolidated pretrial proceedings under 28 U.S.C. §1407 (emh) |

DOCKET NO. 347 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE COMMONWEALTH OIL/TESORO PETROLEUM SECURITIES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) July 28, 1978

Consolidation Ordered 9/20/78           Consolidation Denied _____

Opinion and/or Order Citation  9/20/78  458 F.Supp 225

Transferee District  W.D. Texas          Transferee Judge  Honorable Patrick E. Higginbotham

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | David Jaroslawicz v. James C. Phelps, et al. | W.D.TX Suttle | SA-78-CA-10 (DWS) | | | 11/6/80 D | |
| A-2 | Morton S. Bouchard, et al. v. Tesoro Petroleum Corp., et al. | S.D.N.Y Duffy | 77-Civ-2037 (KTD) | 9/20/78 | SA 78 CA 320 | 11/6/80 | |
| A-3 | Harry Lewis v. Norman C. Keith, et al. | S.D.N.Y Duffy | 77-Civ-3402 (KTD) | 9/20/78 | SA78 CA 321 | 11/6/80 D | |
| A-4 | Seymour Joseph v. Peter M. Detwiler, et al. | S.D.N.Y Knapp | 77-Civ-3809 (WK) | 9/20/78 | SA 78-CA 322 | 11/6/80 D | |
| | July 1979 — 3 TR / 1 XYZ = 4 Pdg | | | | | | |
| XYZ-5 | Ann Austin, et al. v. Tesoro Petroleum Corp., et al. | W.D.Tex | SA80 CA 149 | | | 11/6/80 D | |

July 1980 — 3 TR / 2 XYZ / 1 Dis / 4 Pdg.

July 1981 — 3 TR / 2 XYZ / 5 dis — Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 347 -- IN RE COMMONWEALTH OIL/TESORO PETROLEUM SECURITIES LITIGATION

| | |
|---|---|
| TESORO PETROLEUM CORPORATION<br>ROBERT V. WEST, JR.<br>ROBERT G. REED<br>CHARLES R. ROBERTS<br>JAMES F. SMITH<br>JAMES C. PHELPS<br>DEAN M. BLOYD<br>L. ROBERT FULLEM<br>JOHN ROTE<br>Steven B. Rosenfeld, Esq.<br>Paul, Weiss, Rifkind, Wharton<br>  & Garrison<br>345 Park Avenue<br>New York, New York  10022<br><br>GARY W. DAVIS<br>Vaughn C. Williams, Esq.<br>Skadden, Arps, Slate, Meagher<br>  & Flom<br>919 Third Avenue<br>New York, New York  10022<br><br>DELOITTE, HASKINS & SELLS<br>George Weisz, Esq.<br>Cleary, Gottlieb, Steen<br>  & Hamilton<br>One State Street Plaza<br>New York, New York  10004<br><br>E. F. HUTTON & CO., INC.<br>Thomas F. Curnin, Esq.<br>Cahill, Gordon & Reindel<br>80 Pine Street<br>New York, New York  10005 | NORMAN C. KEITH<br>Leo T. Kissam, Esq.<br>Kissam, Halpin & Genovese<br>120 Broadway<br>New York, New York  10005<br><br>COMMONWEALTH OIL REFINING<br>  COMPANY, INC.<br>Robert A. Meister, Esq.<br>Milgrim, Thomajan, Jacobs & Lee<br>Cryster Building<br>405 Lexington Avenue<br>New York, New York  10017<br>PETER M. DETWILER<br>Roger L. Waldman, Esq.<br>Webster & Sheffield<br>One Rockefeller Plaza<br>New York, New York  10020<br><br>GEORGE F. BENNETT<br>WILLIAM A. LOCKWOOD<br>George J. Wade, Esq.<br>Shearman & Sterling<br>53 Wall Street<br>New York, New York 10005<br><br>SOL L. DESCARTES<br>J. HOWARD LAERI<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, New York  10005<br><br>SERGIO CAMERO<br>IAN K. MACGREGOR<br>DR. RAFAEL PICO<br>TOM R. RAGLAND<br>ANGEL M. RIVERA<br>JOHN A. WALSTROM<br>No service indicated for<br>the above listed defendants |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 347 -- IN RE COMMONWEALTH OIL/TESORO PETROLEUM SECURITIES LITIGATION

✓ DAVID JAROSLAWICZ (A-1)
John Skogland, Esq.
McGown & McClanahan
636 GPM North Tower
San Antonio, Texas  78216

✓ MORTON S. BOUCHARD, ET AL. (A-2)
Richard deY. Manning, Esq.
Manning & Carey
122 East 42nd St., Room 5000
New York, New York  10017

✓ HARRY LEWIS (A-3)
Jules Brody, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, New York  10017

✓ SEYMOUR JOSEPH (A-4)
Daniel W. Krasner, Esq.
Wolf, Haldenstein, Alder, Freeman
    & Herz
270 Madison Avenue
New York, New York  10016

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 347 -- In re Commonwealth Oil/Tesoro Petroleum Sec. Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Peter Detwiler | A-1, A-2, A-3, A-4 |
| Norman C. Keith | A-1, A-2, A-3, A-4 |
| Commonwealth Oil Refining Company | A-2, A-3 |
| George F. Bennett | A-2 |
| William A. Lockwood | A-2 |
| Sol L. Descartes | A-2, A-3 |
| J. Howard Laeri | A-1, A-2 |
| E. F. Hutton & Co., Inc. | A-2 |
| Haskins & Sells | A-1 |
| Gary W. Davis | A-1 |
| Tesoro Petroleum Corp. | A-1, A-2, A-3, A-4 |

p. 2

| Name | |
|---|---|
| Robert V. West, Jr. | A-1, A-2, A-3, A-4 |
| Robert G. Reed, III | A-1, A-2, A-3, A-4 |
| Charles R. Roberts | A-1, A-2, A-3, A-4 |
| James F. Smith | A-1, A-2, A-3, A-4 |
| James C. Phelps | A-1, A-2, A-3, A-4 |
| Dean M. Bloyd | A-2, A-3 |
| L. Robert Fullem | A-1, A-3, A-4 |
| John Rote | A-1, A-2, A-3, A-4 |
| Sergio Camero | A-2, A-3 |
| Ian K. MacGregor | A-2 |
| Dr. Rafael Pico | A-2 |

JPML FORM 3

p. # 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 347 -- IN RE COMMONWEALTH OIL/TESORO PETROLEUM SEC. LIT.

| Name of Party | Named as Party in Following Actions |
|---|---|
| Tom R. Ragland | A-2 |
| Angel M. Rivera | A-2, A-3 |
| John A. Walstrom | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |